THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRITTNY HORN**                                                                                          **PLAINTIFF**

**v.**                               **Case No. 5:15-cv-00274 KGB**

**TEMPORARIES PLUS, INC. d/b/a**
**ATEAM TEMPORARY SERVICE**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that plaintiff Brittny Horn's complaint is dismissed with prejudice.

So adjudged this the 30th day of September, 2016.

_____
Kristine G. Baker
United States District Judge